People v Sanchez (2021 NY Slip Op 50557(U))

[*1]

People v Sanchez (Steven)

2021 NY Slip Op 50557(U) [71 Misc 3d 141(A)]

Decided on June 17, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on June 17, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: McShan, J.P., Brigantti, Hagler, JJ.

570759/16

The People of the State of New York,
Respondent,
against
Steven Sanchez, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New
York County (Kevin McGrath, J.), rendered October 18, 2016, convicting him, upon his plea of
guilty, of aggravated unlicensed operation of a motor vehicle in the third degree, and imposing
sentence.

Per Curiam.
Judgment of conviction (Kevin McGrath, J.), rendered October 18, 2016, affirmed.
Since defendant waived the right to be prosecuted by information, the facial sufficiency of
the accusatory instrument must be assessed under the standard required of a misdemeanor
complaint (see People v Dumay, 23
NY3d 518 [2014]). So viewed, the accusatory instrument was not jurisdictionally defective
because it described facts of an evidentiary nature establishing reasonable cause to believe that
defendant was guilty of third-degree aggravated unlicensed driving (see Vehicle and
Traffic Law § 511[1][a]). The instrument, including a certified abstract of defendant's
driving record, alleged that defendant operated a motor vehicle on December 16, 2015 while his
license was revoked because of a September 19, 2014 "DWI conviction"; and that defendant
knew his license was revoked because the revocation order was sent to his last known address
and informed him that his license would not be reinstated until he satisfied certain requirements,
including payment of a $25 "suspension termination fee" (see People v Abutiate, 59 Misc 3d 127[A], 2018 NY Slip Op
50372[U] [App Term, 1st Dept 2018], lv denied 31 NY3d 1077 [2018]; People v Gerado, 55 Misc 3d
127[A], 2017 NY Slip Op 50344[U] [App Term, 1st Dept 2017], lv denied 29 NY3d
1079 [2017]; People v Thompson,
52 Misc 3d 145[A], 2016 NY Slip Op 51287[U] [App Term, 1st Dept 2016], lv denied
28 NY3d 1076 [2016]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 17, 2021